**Motion Granted and Order filed July 28, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00170-CV
_____

## BELINDA DAWN TIDWELL, Appellant

## V.

## JOHN ROBERSON AND GRIMES AND FERTITTA, P. C., Appellees

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 13-03-21887**

## ORDER

On June 24, 2016, appellant filed a motion for extension of time to file her brief. One of the stated bases for the motion is deficiencies in the reporter's record. No response to the motion has been filed.

The court expresses no opinion on the merits of appellant's claims regarding the reporter's record. Subject to that proviso, the motion for extension is **GRANTED** until **August 29, 2016**.

PER CURIAM